```
         IN THE UNITED STATES DISTRICT COURT FOR THE
             SOUTHERN DISTRICT OF WEST VIRGINIA
                         CHARLESTON
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:12-00154

THOMAS RAMEY JR.

## MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Thomas C. Ryan, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

s/ *Thomas C. Ryan*
THOMAS C. RYAN
Assistant United States Attorney
WV State Bar No. 9883
300 Virginia Street, East
Room 4000
Charleston, West Virginia 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: thomas.ryan@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 17th day of July, 2012 to:

>Gregory J. Campbell, Esquire
>1412 Kanawha Boulevard, East
>Charleston, WV 25301

>s/*Thomas C. Ryan*
>THOMAS C. RYAN
>Assistant United States Attorney
>WV State Bar No. 9883
>300 Virginia Street, East
>Room 4000
>Charleston, West Virginia 25301
>Telephone:  304-345-2200
>Fax:  304-347-5104
>E-mail: thomas.ryan@usdoj.gov