IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

THOMAS RAMEY JR.,

        Petitioner,

v.                              CIVIL ACTION NO.  2:13-cv-23684
                                   (Criminal No. 2:12-cr-00154)

UNITED STATES OF AMERICA,

        Respondent.

## JUDGMENT ORDER

In accordance with this Court's memorandum opinion and order entered on this date, the Court **ADOPTS** the PF&R, (ECF No. 41), **DENIES** the Petition, (ECF No. 30), **DISMISSES** this case, and **DIRECTS** the Clerk to remove this matter from the Court's docket.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:        September 28, 2016

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE